WILSON W. MORROW, petitioner-appellant,

*v.*

MARGUERITE H. MORROW, defendant-respondent.

[Argued October term, 1937.   Decided January 26th, 1938.]

*Mr. Sigmund C. Bernstein* and *Mr. David E. Bernstein,* for the petitioner-appellant.

*Mr. Ronald A. Gulick* and *Mr. Israel B. Greene,* for the defendant-respondent.

PER CURIAM.

The proofs, carefully examined, abundantly support the findings of the learned advisory master from whose decree dismissing the appellant's petition for divorce and granting the prayer of the defendant's counter-claim the present appeal is taken.

The decree will be affirmed, with costs.

*For affirmance*—PARKER, LLOYD, CASE, BODINE, DONGES, HEHER, PERSKIE, HETFIELD, DEAR, WELLS, WOLFSKEIL, RAFFERTY, WALKER, JJ.   13.

*For reversal*—None.